IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LANDON FRANK BROWN,    )<br>    Petitioner,                      )<br>                                       )<br>v.                                     )<br>                                       )<br>COMMONWEALTH OF VIRGINIA,  )<br>    Respondent.                ) | Civil Action No. 7:16cv00454<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Brown's 28 U.S.C. § 2254 petition is DISMISSED without prejudice and this action is STRICKEN from the active docket of the court.

Further, finding that Brown has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to the petitioner.

Entered: October 3, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge